■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v THOMAS LUCKY, Respondent. [608 NYS2d 817] —Order, Supreme Court, New York County (Jerome Hornblass, J.), entered July 9, 1992, which granted defendant's motion to suppress physical evidence, unanimously affirmed.

Under the circumstances herein, the court properly found no intent by defendant to abandon the bag. Concur—Carro, J. P., Ellerin, Asch and Nardelli, JJ.